**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **James F. Beil,** | ) | CASE NO. 1:04 CV 1870 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Lake Erie Corrections Records Dept., et al.,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendants Management and Training Corporation, Gansheimer, Russell, Shanks and Bondman's Motion for Summary Judgment (Doc. 27), hereby enters judgment for defendants.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated 10/17/05